## **STATEMENT OF FACTS**

On August 28, 2018, an officer with the Uniformed Division of the United States Secret Service, was on patrol when he observed the defendant, William Muhammad driving his white conversion van while using a cell phone without a hands free device. The officer conducted a traffic stop in the area of 17th and E Street, NW, Washington, DC. The officer approached the vehicle and smelled a strong odor of raw marijuana emanating from inside of the vehicle. Backup officers arrived and asked the defendant to step out of the vehicle. Defendant Muhammad then produced an electronic cigarette device that had liquid THC in it. As the officers conducted a pat down of the defendant, they felt a bulge in the defendant's pants pocket which was determined to be approximately $3,700 in United States currency. Officers ran a records check of the defendant which revealed an active bench warrant. The defendant was placed under arrest. During a search of the defendant's vehicle the officer's recovered a zippered bag that contained three knotted plastic wraps of a white powder substance, a digital scale with white powder residue, and a spoon with white powder residue. A portion of the white powder substance field tested positive for cocaine and weighed approximately 108.4 grams with packaging. The approximate weight of the cocaine recovered indicated that the drugs were going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER JAMES GREBAS
UNITED STATES SECRET SERVICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST 2018.

_____
G. MICHAEL HARVEY
U.S. DISTRICT COURT MAGISTRATE JUDGE